[No. 19567-8-III.   Division Three.   December 13, 2001.]

*In the Matter of the Marriage of* MARY B. RAMIREZ, *Respondent*, and JOSEPH A. RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-3-00035-3, Robert L. Zagelow, J., entered August 8, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 19635-6-III.   Division Three.   December 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CECILIO MENDOZA MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-1-00410-1, Evan E. Sperline, J., entered October 3, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19912-6-III.   Division Three.   December 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D. LEMASTER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00649-1, Vic L. VanderSchoor, J., entered January 19, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19947-9-III.   Division Three.   December 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK TODD KLONCZ HOGBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-8-00713-1, Kenneth L. Jorgensen, J., entered January 22, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.